CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 21 2007

JOHN F. CORCORAN, CLERK
BY: /s/ H. McDonald
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER GEORGE HAMILTON, | ) |
| | ) Case No. 7:06CV00682 |
| Petitioner, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| HOWARD ARTHUR, | ) |
| SUPERINTENDENT | ) By: Jackson L. Kiser |
| | ) Senior United States District Judge |
| Respondent; | ) |
| | ) |

Petitioner Christopher George Hamilton ("Petitioner"), a Virginia inmate, seeks a writ of habeas corpus pursuant to 28 U.S.C. §2254. The Respondent, Howard Arthur, Superintendent of the Virginia Department of Corrections ("Respondent") has filed a Motion to Dismiss. The parties have briefed the issues, and I find that oral argument is unnecessary and would not significantly aid the decisional process. For the reasons stated in the accompanying Memorandum Opinion, the Respondent's Motion to Dismiss shall be **GRANTED**.

The Clerk is directed to send certified copies of this Order to all counsel of record, and to Christopher George Hamilton. Any pending motions are to be dismissed as moot and the Clerk is directed to strike this case from the docket.

ENTERED this 21st day of June, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge